1 | BENJAMIN WAGNER CSBN 163581
United States Attorney
2 | DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
3 | Social Security Administration
ELIZABETH BARRY CSBN 203314
4 | Special Assistant United States Attorney

5 |    333 Market Street, Suite 1500
   San Francisco, California 94105
6 |    Telephone:  (415) 977-8972
   Facsimile:  (415) 744-0134
7 |    Email: Elizabeth.Barry@ssa.gov

8 |
Attorneys for Defendant
9 |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
FRESNO DIVISION

| | |
|---|---|
| **DONALD SCHNEIDER,** ) | |
|           **Plaintiff,** ) | Case No.  1:11cv00707 AWI DLB |
|    v. ) | STIPULATION AND ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
|           **Defendant.** ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until February 22, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's first request for an extension of time in this matter.

                              Respectfully submitted,

Dated: January 19, 2012         */s/ Sengthiene Bosavanh*
                                      (as authorized via e-mail)
                                      SENGTHIENE BOSAVANH
                                      Attorney for Plaintiff

|   |   |
|---|---|
|   | BENJAMIN WAGNER<br>United States Attorney |
| Dated: January 19, 2012 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

IT IS SO ORDERED.

Dated:   **January 19, 2012**          /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE