IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SCHNEIDER,<br><br>        Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | 1:11cv0707 AWI DLB<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Document 17) |

On February 21, 2012, the parties filed a stipulation and proposed order to allow Defendant a second extension of time to file a response to Plaintiff's opening brief. The parties' request is GRANTED. Defendant's response SHALL be filed on or before March 23, 2012.

IT IS SO ORDERED.

    Dated:   February 22, 2012              /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE