IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD SCHNEIDER, | ) | 1:11cv0707 AWI DLB |
| | ) | |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING |
| Plaintiff, | ) | EXTENSION OF TIME |
| | ) | |
| vs. | ) | (Document 17) |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On February 21, 2012, the parties filed a stipulation and proposed order to allow Defendant a second extension of time to file a response to Plaintiff's opening brief.  The parties' request is GRANTED.  Defendant's response SHALL be filed on or before March 23, 2012.


IT IS SO ORDERED.

   **Dated:   February 22, 2012**          _____ **/s/ Dennis L. Beck**_____
                                                      UNITED STATES MAGISTRATE JUDGE

1