IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SCHNEIDER,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 1:11cv0707 AWI DLB<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Document 19) |

On March 19, 2012, the parties filed a stipulation and proposed order to allow Defendant a third extension of time to file a response to Plaintiff's opening brief. The parties' request is GRANTED. Defendant's response SHALL be filed on or before April 23, 2012.

**No further extensions will be granted**.

IT IS SO ORDERED.

Dated:   **March 20, 2012**                    /s/ Dennis L. Beck
                                                                UNITED STATES MAGISTRATE JUDGE

1