IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD SCHNEIDER, | ) | 1:11cv0707 AWI DLB |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING |
| Plaintiff, | ) | EXTENSION OF TIME |
| | ) | |
| vs. | ) | (Document 19) |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On March 19, 2012, the parties filed a stipulation and proposed order to allow Defendant a third extension of time to file a response to Plaintiff's opening brief.  The parties' request is GRANTED.  Defendant's response SHALL be filed on or before April 23, 2012.

**No further extensions will be granted**.

IT IS SO ORDERED.

**Dated:   March 20, 2012**                      _____/s/ **Dennis L. Beck**_____
                                    UNITED STATES MAGISTRATE JUDGE

1