BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, 8th Floor
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| DONALD SCHNEIDER,<br>         Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>         Defendant. | Case No. CIV-1:11-00707-AWI-DLB<br><br>STIPULATION AND ORDER FOR A ONE-DAY EXTENSION FOR DEFENDANT TO FILE HIS OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a one-day extension, or until April 24, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's fourth request for an extension of time in this matter. The undersigned counsel for the Defendant requires an extension as a result of a heavy briefing schedule in recent weeks, including two appellate matters, Om v. Astrue, Ninth Circuit, 11-17618 and Lundell v. Astrue, Ninth Circuit, 11-17603, as well as in various district court matters.

/ / /

1  
2 Dated: April 23, 2012  
3  
4  
5  
6  
7  
8 Dated: April 23, 2012  
9  
10  
11  
12  
13  
14   IT IS SO ORDERED.  
15       Dated:   **April 24, 2012**  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

                    Respectfully submitted,

*/s/ Sengthiene Bosavanh*  
(as authorized via e-mail)  
SENGTHIENE BOSAVANH  
Attorney for Plaintiff

BENJAMIN WAGNER  
United States Attorney

By */s/ Elizabeth Barry*  
ELIZABETH BARRY  
Special Assistant U.S. Attorney  
Attorneys for Defendant

ORDER

      /s/ **Dennis L. Beck**  
UNITED STATES MAGISTRATE JUDGE