1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, 8th Floor
       San Francisco, California 94105
6      Telephone:  (415) 977-8972
       Facsimile:  (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
                         **FRESNO DIVISION**
11

12  DONALD SCHNEIDER,              )
                                   )    Case No.  CIV-1:11-00707-AWI-DLB
13            Plaintiff,           )
                                   )    STIPULATION AND ORDER
14       v.                        )    FOR A ONE-DAY EXTENSION FOR
                                   )    DEFENDANT TO FILE HIS OPPOSITION TO
15  COMMISSIONER OF                )    PLAINTIFF'S OPENING BRIEF
    SOCIAL SECURITY,               )
16                                 )
             Defendant.            )
17  _____ )

18       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

19  of the Court, that Defendant shall have a one-day extension, or until April 24, 2012, in which to file his

20  Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

21  Opposition to Plaintiff's Motion for Summary Judgment.

22       This is Defendant's fourth request for an extension of time in this matter. The undersigned counsel

23  for the Defendant requires an extension as a result of a heavy briefing schedule in recent weeks,

24  including two appellate matters,  Om v. Astrue, Ninth Circuit, 11-17618 and Lundell v. Astrue, Ninth

25  Circuit, 11-17603, as well as in various district court matters.

26  / / /

27

28

1

2    Dated: April 23, 2012

3

4

5

6

7

8    Dated: April 23, 2012

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

*/s/ Sengthiene Bosavanh*
(as authorized via e-mail)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

BENJAMIN WAGNER
United States Attorney

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

IT IS SO ORDERED.

**Dated:    April 24, 2012**          /s/ **Dennis L. Beck**
                    UNITED STATES MAGISTRATE JUDGE