# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SCHNEIDER,<br><br>    Plaintiff,<br><br> vs.<br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:11cv0707 AWI DLB<br><br>ORDER GRANTING REQUEST FOR ONE-DAY EXTENTION OF TIME TO FILE OBJECTIONS<br><br>(Document 26) |

  On September 13, 2012, Defendant filed a motion for a one-day extension of time to file objections to the August 29, 2012, Findings and Recommendations. Defendant also filed the objections.

  For good cause appearing, Defendant's extension of time is GRANTED.

IT IS SO ORDERED.

  Dated: __**September 14, 2012**__        /s/ *Dennis L. Beck*
                         UNITED STATES MAGISTRATE JUDGE