BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, 8th Floor
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| DONALD SCHNEIDER,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | Case No. CIV-1:11-cv-00707-AWI<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Donald Schneider will be awarded attorney fees in the amount of five-thousand, three-hundred dollars ($5,300.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and one-hundred and thirteen dollars ($113.00) in costs under Taxation of Costs, 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

    After the Court issues an order for EAJA fees to Donald Schneider, the Defendant will consider any assignment of EAJA fees to Segthiene Bosavanh. Pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

    Fees shall be made payable to Donald Schneider, but if the Department of the Treasury determines

that Donald Schneider does not owe a federal debt, then the government shall cause the payment of fees to be made directly to the Sengthiene Bosavanh, pursuant to any assignment executed by Plaintiff. Any payments made shall be delivered to Sengthiene Bosavanh.

     This stipulation constitutes a compromise settlement of Donald Schneider's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Donald Schneider and/or Sengthiene Bosavanh may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of Sengthiene Bosavanh to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: January 15, 2013

*/s/ Sengthiene Bosavanh*
(as authorized via e-mail)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

BENJAMIN WAGNER
United States Attorney

Dated: January 15, 2013

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   January 16, 2013

_____
SENIOR DISTRICT JUDGE