1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8972
       Facsimile: (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
                          FRESNO DIVISION
11
   DONALD SCHNEIDER,              )
12                                )  Case No. CIV-1:11-00707-AWI
              Plaintiff,          )
13                                )  STIPULATION AND ORDER
        v.                        )  FOR A TWO-DAY EXTENSION FOR
14                                )  DEFENDANT TO RESPOND TO PLAINTIFF'S
   COMMISSIONER OF                )  APPLICATION FOR ATTORNEY'S FEES
15 SOCIAL SECURITY,                )  UNDER THE EQUAL ACCESS TO JUSTICE
                                  )  ACT
16            Defendant.          )
                                  )
17 _____ )

18     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

19 of the Court, that Defendant shall have a two-day extension, or until January 16, 2013, in which to

20 respond to Plaintiff's Application for Attorney's Fees under the Equal Access to Justice Act.

21     This is Defendant's first request for an extension of time in this matter and is not intended to cause

22 additional delay.

23                                  Respectfully submitted,

24 Dated: January 15, 2013          /s/ Sengthiene Bosavanh
                                    (as authorized via e-mail)
25                                  SENGTHIENE BOSAVANH
                                    Attorney for Plaintiff
26

27

28

|   |   |
|---|---|
| Dated: January 15, 2013 | BENJAMIN WAGNER<br>United States Attorney<br><br>By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

IT IS SO ORDERED.

Dated:   January 16, 2013

_____
SENIOR DISTRICT JUDGE