1  BENJAMIN WAGNER CSBN 163581
United States Attorney
2  DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
3  Social Security Administration
ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Street, Suite 800
San Francisco, California 94105
6      Telephone:  (415) 977-8972
Facsimile:  (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8

9  Attorneys for Defendant

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| **DONALD SCHNEIDER,**             ) | |
| )  | Case No.  CIV-1:11-00707-AWI |
| **Plaintiff,**        ) | |
| )  | STIPULATION AND  ORDER |
| **v.**         ) | FOR A TWO-DAY EXTENSION FOR |
| )  | DEFENDANT TO RESPOND TO PLAINTIFF'S |
| **COMMISSIONER OF**        ) | APPLICATION FOR ATTORNEY'S FEES |
| **SOCIAL SECURITY,**         ) | UNDER THE EQUAL ACCESS TO JUSTICE |
| )  | ACT |
| **Defendant.**         ) | |
| )  | |
| _____  ) | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a two-day extension, or until January 16, 2013, in which to respond to Plaintiff's Application for Attorney's Fees under the Equal Access to Justice Act.

This is Defendant's first request for an extension of time in this matter and is not intended to cause additional delay.

Respectfully submitted,

Dated: January 15, 2013          */s/ Sengthiene Bosavanh*
(as authorized via e-mail)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

BENJAMIN WAGNER
United States Attorney

Dated: January 15, 2013          By /s/ Elizabeth Barry
                                 ELIZABETH BARRY
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

IT IS SO ORDERED.

Dated:   January 16, 2013        _____

                                 SENIOR  DISTRICT  JUDGE

2